```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 01740
   LASHERYL D POOLE
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3348


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/15/2004 and was confirmed 03/30/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  25.93% from remaining funds.

     The case was paid in full 03/12/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
TRIAD FINANCIAL            SECURED          8900.00        2622.49       8900.00
TRIAD FINANCIAL CORP       UNSECURED        4463.95            .00       1157.32
APPLIED CARD SYSTEMS       UNSECURED       NOT FILED           .00            .00
APPLIED CARD SYSTEMS       NOTICE ONLY     NOT FILED           .00            .00
BMG MUSIC SERVICE          UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED        1135.03            .00        294.27
CAPITAL ONE                NOTICE ONLY     NOT FILED           .00            .00
CHICAGO STATE UNIVERSITY   UNSECURED       NOT FILED           .00            .00
CHICAGO STAFFING SERVICE   NOTICE ONLY     NOT FILED           .00            .00
CITIBANK SOUTH DAKOTA      UNSECURED       NOT FILED           .00            .00
CITIBANK SOUTH DAKOTA NA   NOTICE ONLY     NOT FILED           .00            .00
FASHION BUG                UNSECURED       NOT FILED           .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED       NOT FILED           .00            .00
FCNB                       NOTICE ONLY     NOT FILED           .00            .00
INSTANT CASH ADVANCE       UNSECURED       NOT FILED           .00            .00
LANE BRYANT                UNSECURED       NOT FILED           .00            .00
LANE BRYANT                NOTICE ONLY     NOT FILED           .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED        2927.70            .00        759.04
PAY DAY LOAN STORE         UNSECURED       NOT FILED           .00            .00
ROMANS                     UNSECURED       NOT FILED           .00            .00
IL DEPT OF EMPLOYMENT SE   UNSECURED        2264.00            .00        586.96
SUPER 8 MOTELS             UNSECURED       NOT FILED           .00            .00
VERIZON WIRELESS           UNSECURED       NOT FILED           .00            .00
B-FIRST LLC                UNSECURED OTH     82.08            .00          21.33
ZALUTSKY & PINSKI LTD      REIMBURSEMENT    194.00            .00         194.00
ILLINOIS DEPT OF REVENUE   UNSECURED        361.84            .00          93.81
ILLINOIS DEPT OF REVENUE   PRIORITY         241.14            .00         241.14
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,200.00                      2,200.00
TOM VAUGHN                 TRUSTEE                                        893.64
DEBTOR REFUND              REFUND                                            1.00

         Summary of Receipts and Disbursements:

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 01740 LASHERYL D POOLE
```

```
-------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    17,965.00

PRIORITY                                              435.14
SECURED                                             8,900.00
    INTEREST                                        2,622.49
UNSECURED                                           2,912.73
ADMINISTRATIVE                                      2,200.00
TRUSTEE COMPENSATION                                  893.64
DEBTOR REFUND                                           1.00
                          ---------------      ---------------
TOTALS                     17,965.00               17,965.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 10/04/07            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                             PAGE   2
         CASE NO. 04 B 01740 LASHERYL D POOLE